NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
SAMINI BARIC KATZ LLP
Bobby Samini
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (949) 724-0900
Fax:           (949) 724-0901

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE 1, an individual, JANE ROE 2,<br><br>Plaintiff(s),<br>v.<br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-00765<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JANE ROE 1 | Plaintiff |
| JANE ROE 2 | Plaintiff |
| INTERNATIONAL CHURCHES OF CHRIST | Defendant |
| THE INTERNATIONAL CHRISTIAN CHURCH | Defendant |
| HOPE WORLDWIDE, LTD. | Defendant |
| THOMAS ("KIP") McKEAN | Defendant |
| MARK WILKINSON | Defendant |
| CINDY WILKINSON | Defendant |
| MARTY WILKINSON | Defendant |
| NANCY WILKINSON | Defendant |
| MIKE TALIAFERRO | Defendant |
| MISSION POINT CHRISTIAN CHURCH | Defendant |

| | |
|---|---|
| February 1, 2023 | Bobby Samini |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES