JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JANE ROE 1 ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC. ET AL.,<br><br>  Defendants. | Case № 2:23-cv-00765-ODW (PLAx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the Plaintiffs' Notice of Voluntary Dismissal, (ECF No. 67), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action.  The Court **DENIES AS MOOT** Defendants' motions to dismiss, (ECF Nos. 56, 57, 58, 59, 65), and **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 14, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**